UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| RITA ESCOBAR RODARTE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-269-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| JASON WOOSLEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, [R. 1], filed by Petitioner Rita Escobar Rodarte. Petitioner names several individuals as respondents, and also names "Field Office Director, in his or her official capacity, as Field Office Director of the Louisville Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement." *See id.* at 1. The Court will allow Petitioner an opportunity to amend the petition to identify this respondent by name. *See Shokhrukh Ismatov v. Warden*, Civil Action No. 4:26-cv-00195-RGJ, at R. 13 (April 20, 2026) (requiring the petitioner to amend his petition where he failed to identify the respondents by name). Because this amendment makes no substantive changes to the petition or briefing, no further briefing is necessary, and the matter will stand submitted to the Court upon the filing of the amended petition.

Accordingly, the Court being sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. On or before **Wednesday, May 13, 2026**, Petitioner **SHALL** file an amended petition addressing the issues outlined herein.

- 1 -

- 2 -

This the 8th day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY