UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

RITA ESCOBAR RODARTE,          )
           )
     Petitioner,        )     Civil Action No. 4:26-CV-269-CHB
           )
v.               )
           )     **ORDER DISMISSING CASE**
           )
JASON WOOSLEY, *et al.*,     )
           )
     Respondents.     )
           )

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Respondents' Status Report. [R. 14]. The Court previously ordered Respondents to consider the impact of the Sixth Circuit's recent decision in *Lopez-Campos v. Raycraft*, -- F. 4th --, 2026 WL 1283891 (6th Cir. May 11, 2026). [R. 13]. The Court further ordered that, to the extent the present matter raises only a legal question of whether § 1225(b)(2)(A) or § 1226(a) governs the petitioner's detention and whether continued detention without a bond hearing violates due process, the Respondents must immediately release Petitioner or, in the alternative, provide Petitioner with a bond hearing before a neutral Immigration Judge under 8 U.S.C. § 1226(a). *Id.* The Respondents now advise that Petitioner has been provided a bond hearing and bond was denied, and they do not identify any other unresolved legal issues. [R. 14]. The Court therefore concludes that Petitioner has been provided the process due under the Immigration Nationality Act and the Fifth Amendment's Due Process Clause. To the extent Petitioner disagrees with the Immigration Judge's discretionary bond decision, the Court lacks jurisdiction to consider that issue under 8 U.S.C. § 1226(e). *See Nielsen v. Preap*, 586 U.S. 392, 401 (2019).

- 1 -

- 2 -

Accordingly, the Court being sufficiently advised, it is **HEREBY ORDERED** as follows:

1. Petitioner's Amended Petition for Writ of Habeas Corpus, [**R. 12**], is **DENIED as moot**.

2. This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

3. A separate judgment shall be entered.

This the 21st day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 2 -